BERNARD URBAND, Respondent, v. JOSEPH J. LUBELL and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Kelly,

P. J., Jaycox, Manning and Young, JJ.; concur; Lazansky, J., dissents upon the ground that it was error for the court to refuse to charge defendants' requests 4, 5 and 8.